IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES RAY THOMPSON, JR.                                              PLAINTIFF


vs.                                 Civil No. 4:10-cv-4113


SHANNON TUCKETT,
Public Defender; and
SHERIFF RON STOVALL                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 30, 2010, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. 13). Judge Bryant recommends that the clams against Separate Defendant Shannon Tuckett

be dismissed. The parties have not filed objections to the Report and Recommendation, and the time

to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation *in toto*. Plaintiff's claims against Separate Defendant Shannon Tuckett are

**DISMISSED**.

        **IT IS SO ORDERED**, this 12th day of May, 2011.


                                                /s/ Harry F. Barnes_____
                                                Hon. Harry F. Barnes
                                                United States District Judge