IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES RAY THOMPSON, JR.                                                                                     PLAINTIFF

V.                                            CASE NO. 10-CV-4113

SHERIFF RON STOVALL
and ALICE MILLER                                                                                            DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 18, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 81). Judge Bryant recommends that judgment be entered in Defendants' favor and that Plaintiff's complaint be dismissed with prejudice. Plaintiff James Ray Thompson, Jr. has not filed objections to the Report and Recommendation, and the time to object has passed. *See* U.S.C. § 636(b)(1)(C). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of February, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge